UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KYLE J. SCHIEBERT and KYLIE M. BROWN,

   Plaintiffs,

v.

HUNTER WARFIELD INC.,

   Defendant.

Case No. 1:20-cv-01042-JBM-JEH

## NOTICE OF SETTLEMENT

Plaintiffs, KYLE J. SCHIEBERT and KYLIE M. BROWN, hereby notify the Court the Plaintiffs and Defendant, HUNTER WARFIELD INC., reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties request the Court retain jurisdiction for any and all matters relating to completing the settlement agreement and enforcing the settlement agreement for 75 days.

DATED: May 4, 2020

Respectfully submitted,

**KYLE J. SCHIEBERT and KYLIE M. BROWN**

By: */s/ Joseph S. Davidson*

Mohammed O. Badwan
Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com
jdavidson@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joseph S. Davidson*